JEUNG JUEN HO v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 6, 1902.) No. 755. In Error to the District Court of the United States for the Northern District of California. Samuel M. Shortridge, Louis P. Boardman, and Denson & Schlesinger, for plaintiff in error. Marshall B. Woodworth, U. S. Atty. Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

ROSS, Circuit Judge. The facts in this case are stronger for the government than were those in the cases of Jeung Lin Heung v. U. S. (No. 764) 116 Fed. 1020, and Lee Ah Yin v. U. S. (No. 756) 116 Fed. 614, disposed of at the last term of the court. What was then said by this court, applied to the record in the present case, necessitates an affirmance of the judgment appealed from. The judgment is affirmed.

---

KELEHER v. FRANKLIN COUNTY. (Circuit Court of Appeals, Seventh Circuit. October 7, 1902.) No. 914. In Error to the Circuit Court of the United States for the Southern District of Illinois. George A. Sanders, for plaintiff in error. D. M. Browning, for defendant in error. Dismissed, for failure to file brief, pursuant to rule 24 (31 C. C. A. cxvi, 90 Fed. cxvi).